Same case below, 356 Fed. Appx. 858.

**No. 09-10462. James Abdul Smith, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4543.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 595 F.3d 1322.

**No. 09-10463. Lindsay Wilhelm, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4468.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 358 Fed. Appx. 452.

**No. 09-10464. Luis Andino-Valenzuela, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4449.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 314 Fed. Appx. 700.

**No. 09-10472. David Kelly, Jr., Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3374, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4412.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 586.

**No. 09-10473. Derrick Cook, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3375, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4541.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 594 F.3d 883.

**No. 09-10474. Mario Alberto Pena-Sandoval, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3375, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4453.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 362 Fed. Appx. 421.

**No. 09-10476. Tareke Lewis, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3375, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4427.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 593 F.3d 765.

**No. 09-10478. Anthony A. Blagrove, Petitioner v. United States.**

560 U.S. 947, 130 S. Ct. 3375, 176 L. Ed. 2d 1260, 2010 U.S. LEXIS 4507.

June 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 363 Fed. Appx. 235.